IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

01 MAY 14 PH 2:27

U.S. DISTRICT COURT
N.D. OF ALABAMA

S & DAVIS INTERNATIONAL, INC.,

    Plaintiff,

vs.                           CASE NO. CV-98-J-3141-NW

THE REPUBLIC OF YEMEN,
et al.,

**ENTERED**
MAY 1 4 2001

    Defendants.

## ORDER

The plaintiff having filed a motion for default judgment against the General Corporation (doc. 59) and a motion for default judgment against the Republic of Yemen (doc. 60)) and the court finding that both of these defendants have filed answers which are timely, it is therefore **FOUND** by the court that said motions for default are **MOOT**.

The General Corporation having filed a third motion to dismiss (doc. 57) and the court having considered said motion and being of the opinion said motion is due to be denied;

It is therefore **ORDERED** by the court that said motion be and hereby is **DENIED**.

It is further **ORDERED** by the court that this case is set for trial on the 17<u>th</u> day of <u>December</u>, 2001 at <u>9:00</u> a.m., in Birmingham, Alabama and for pretrial conference

65

on the 10th day of December, 2001, in Birmingham, Alabama. The parties are **ORDERED** to prepare a Report of Parties Planning Meeting in accordance with these settings within ten (10) days of today's date.

    **DONE** and **ORDERED** this the ___14___ day of May, 2001.

                                              INGE P. JOHNSON
                                              UNITED STATES DISTRICT JUDGE