IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWEST DIVISION

| | | |
|---|---|---|
| S & DAVIS INTERNATIONAL, INC., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | CV-98 J-3141-NW |
| THE REPUBLIC OF YEMEN, THE | ) | |
| MINISTRY OF SUPPLY AND TRADE OF | ) | |
| THE REPUBLIC OF YEMEN AND THE | ) | |
| GENERAL CORPORATION FOR | ) | |
| FOREIGN TRADE AND GRAINS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now the Plaintiff, S & Davis International, Inc., and moves this Court for partial summary judgment under FRCP 56 and as grounds therefore, the Plaintiff shows unto the Court as follows:

1. Summary Judgment is due to be granted on Counts I and II of the Complaint.

2. There is no issue as to any material fact and the Plaintiff is entitled to judgment as a matter of law.

3. This Motion is based on the pleadings, matters of records, and exhibits attached hereto.





4. The motion is further based on the memorandum of law submitted herewith.

5. Damages are computed on the amount of arbitration award together with pre-award interest of eight and one half percent (8.5%) per annum interest and post-award interest of twelve percent (12%) per annum pursuant to Alabama Code § 8-8-10.

Wherefore, Plaintiff S & Davis International, Inc., moves for summary judgment under Count I of the Complaint and a declaration of liability of the Republic of Yemen and the Ministry of Supply and Trade to pay the award made under Count I.

Respectfully submitted, this the 17th day of August, 2001.

_____
Philip A. Geddes
Attorney for
S & Davis International, Inc.
619 Bank Street
Decatur, Alabama 35601
(256) 350-0229

# CERTIFICATE OF SERVICE

The foregoing was served on the General Corporation for Foreign Trade and Grains, the Ministry of Supply and Trade for the Republic of Yemen, and the Republic of Yemen, on this 17th day of August, 2001, by first class mail addressed as follows:

    The General Corporation for Foreign Trade and Grains
    P.O. Box 7-710-15272
    Sana'a, Republic of Yemen

    The Ministry of Supply and Trade for the Republic of Yemen
    The Embassy of the Republic of Yemen, Suite 705
    2600 Virginia Avenue, N.W.
    Washington, D.C. 20037

    The Republic of Yemen
    The Embassy of the Republic of Yemen, Suite 705
    2600 Virginia Avenue, N.W.
    Washington, D.C. 20037

Philip A. Geddes